IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 27 2021
CLERK, U.S. DISTRICT COURT
By_____
          Deputy

| | | |
|---|---|---|
| JOSE LIRA RODRIGUEZ, | § | |
| | § | |
| Movant, | § | |
| | § | |
| VS. | § | NO. 4:21-CV-1085-A |
| | § | (NO. 4:15-CR-199-A) |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

O R D E R

The court has received and reviewed the motion of Jose Lira Rodriguez under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence and finds that the following order should be entered:

The court ORDERS that:

(1)  The Clerk shall provide a true and correct copy of this order to movant;

(2)  The Clerk shall provide a true and correct copy of movant's motion and of this order to respondent, directed to the attention of the Criminal Section Habeas Attorney, United States Attorney's Office, Fort Worth Division;

(3)  By October 27, 2021, the United States Attorney shall file and serve an answer complying with the provisions of Rule 5(b) of the Rules Governing § 2255 Cases; and

(4)  By November 8, 2021, movant shall file and serve any reply he wishes to make to such answer.

SIGNED September 27, 2021.

_____
JOHN McBRYDE
Senior United States District Judge